1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARY TSAI, CSBN 216963
7  Special Assistant United States Attorney
          Social Security Administration
8         6401 Security Boulevard
9         Baltimore, MD 21235
          Telephone: (510) 970-4864
10        Facsimile: (415) 744-0134
11        Email: mary.tsai@ssa.gov
12 Attorneys for Defendant

✔ JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FRANK RODRIGUEZ, | Case No. 2:22-cv-09352-AS |
| Plaintiff, | **[~~PROPOSED~~] JUDGMENT OF REMAND** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.

4 DATED: August 15, 2023  / s / Sagar
5  HON. ALKA SAGAR
  UNITED STATES MAGISTRATE JUDGE