1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  DRAKE & DRAKE, P.C.
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.475.1880
   Attorneys for Plaintiff
7

8  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
9

10 | FRANK RODRIGUEZ,               )
11 |                                ) CASE NO.: 2:22-cv-09352-AS
   |       Plaintiff,               )
12 |                                )
13 | v.                             ) [PROPOSED] ORDER
   |                                ) AWARDING EAJA FEES AND COSTS
14 | KILOLO KIJAKAZI, Acting        )
15 | Commissioner of Social Security,)
   |                                )
16 |                                )
   |       Defendant.               )
17 |_____)

18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20     IT IS ORDERED that EAJA fees are awarded in the amount of THREE

21 THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the

22 terms of the stipulation.

23

24
   DATED: September 26, 2023              / s / Sagar
25                                        _____
                                          HON. ALKA SAGAR
26                                        UNITED STATES MAGISTRATE JUDGE

27

28

-1-